In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00427-CV
_____

MEENA INTERNATIONAL, INC., Appellant

V.

ROBERT A. PHIPPS SR., Appellee

_____

**On Appeal from the 1st District Court**
**Jasper County, Texas**
**Trial Cause No. 34059**

_____

**ORDER**

The appellant, Meena International, Inc., filed an unopposed motion to abate the appeal pending mediation. Appellant informs the Court that the parties have agreed to mediate their dispute but that mediation had to be re-scheduled.

It is, therefore, ORDERED that the appeal is abated for forty-five days. All appellate timetables are stayed during the abatement. The appeal will be reinstated without further order of this Court in forty-five days unless before that date the appellant files a motion to dismiss the appeal, the parties file a joint motion for an

1

agreed disposition of the appeal, or the parties notify the Court that they require additional time to complete a settlement.

ORDER ENTERED December 7, 2015.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.